# COMMONWEALTH OF PENNSYLVANIA
# DEPARTMENT OF STATE

No : 201621063

## OFFICE OF THE SECRETARY OF THE COMMONWEALTH

Case: 2:16-mc-51198
Judge: Rosen, Gerald E.
MJ: Majzoub, Mona K.
Filed: 08-22-2016 At 11:53 AM
MC AUTHENTIFICATION (BG)

AUGUST 03, 2016

PENNSYLVANIA, SS:

I, Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania, DO HEREBY CERTIFY, that it appears by the records of this office that

**KAREN M MURPHY**

now is, and was at the time of execution of the attached certificate, SECRETARY OF HEALTH for the Commonwealth of Pennsylvania, USA, duly appointed, commissioned and qualified, and is authorized to perform and discharge all the duties of Secretary of Health, as required by law. That the records of the Department of Health of the Commonwealth of Pennsylvania are kept pursuant to the laws of this state by said Secretary of Health, who is also the custodian of the official seal, hence full faith and credit are due and ought to be given to his official acts accordingly:

I, DO FURTHER CERTIFY, That I verily believe the seal impressed upon the attached certificate is genuine.



IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the seal of my Office to be affixed, the day and year above written.

*Pedro A. Cortés*

Secretary of the Commonwealth

This Certification only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Certification does not certify the content of the document for which it was issued.

This Certification is not valid for use anywhere within the United States of America, its territories or possessions.



**COMMONWEALTH OF PENNSYLVANIA**
DEPARTMENT OF HEALTH

## Certification Statement

This is to certify that the certificate hereunto attached is a true and accurate copy of the original record on file with the Division of Vital Records and that Debra M. Romberger, whose name is subscribed thereto, was at the time of subscribing the State Registrar and Director, Division of Vital Records of the Department of Health, for the Commonwealth of Pennsylvania, duly appointed and commissioned as directed by the Vital Statistics Law of 1953.

*Karen M. Murphy, PhD RN*
Karen M. Murphy, PhD RN
Secretary of Health

**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH**

**VITAL RECORDS**

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

# Certification of Birth

Date of Birth: **MAY 09, 1960**  State File Number: **078492-1960**

Date Issued: **MARCH 16, 2016**  Date Filed: **MAY 18, 1960**

Name: **WILLIAM CHARLES LINDSAY**

Sex: **MALE**  Time of Birth: **11:38 PM**

Place of Birth: **ALLEGHENY COUNTY**
**MCKEESPORT, PENNSYLVANIA**

Mother/Parent's Name before first marriage: **BARBARA ANN LINDSAY**

Father/Parent's Name: **INFORMATION NOT RECORDED**

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

*Debra M. Romberger*

Debra M. Romberger
State Registrar



THE DOCUMENT FACE CONTAINS A YELLOW BACKGROUND AND EMBOSSED SEAL
THE BACK CONTAINS SPECIAL LINES WITH TEXT

H105.105.1D Rev. (7/2012)  WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER
DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.  0002127817